IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TAFOYA-BASSETT and TOM BASSETT,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant | No. C-06-1004 MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

    Before the Court is plaintiffs' Case Management Conference Statement, filed June 8, 2006, by which plaintiffs seek to continue the June 23, 2006 case management conference in the instant action by approximately 120 days. Plaintiffs state a continuance is necessary because they anticipate the instant action will be transferred for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation, and because they have not served defendant.

    Because the instant action was filed February 14, 2006, the 120-day deadline for plaintiffs to serve defendant, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, is June 14, 2006, i.e., today. Plaintiffs have not sought relief from the deadline. The Court, however, has been notified by the Judicial Panel on Multidistrict Litigation ("JPML"), by letter dated May 17, 2006, that the JPML has directed the Clerk of Eastern District of New York to file an order transferring the above-titled action to said district court for inclusion in

MDL No. 1596. Consequently, the Court will defer to the transferee court the issue of whether the above-titled action should be dismissed for failure to timely serve defendant.

Accordingly, for good cause shown in light of the pending transfer, the June 23, 2006 case management conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 14, 2006

MAXINE M. CHESNEY
United States District Judge